BETSY JOHNSON, CA Bar No. 119847
betsy.johnson@ogletreedeakins.com
PATRICIA JENG, CA Bar No. 272262
patricia.jeng@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213.239.9800
Facsimile: 213.239.9045

Attorneys for Defendant
NAVIENT SOLUTIONS, INC.,
formerly known as SALLIE MAE, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ANDRA JAY,

Plaintiff,

v.

SALLE MAE, INC.; GC SERVICES LIMITED PARTNERSHIP; and ALLIED INTERSTATE, LLC,

Defendant.

Case No. 5:13-cv-2142 MWF (DTBx)

The Honorable Michael W. Fitzgerald; Ctrm No. 1600

**NOTICE OF NAME CHANGE BY DEFENDANT NAVIENT SOLUTIONS, INC., FORMERLY KNOWN AS SALLIE MAE, INC.**

Complaint Filed: November 21, 2013
Trial Date: None Set

**TO THE COURT, PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT**, in connection with an internal corporate reorganization, defendant Sallie Mae, Inc. has changed its name to Navient Solutions, Inc., effective as of May 1, 2014.

Dated: May __, 2014

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

By: */s/* Patricia M. Jeng

Betsy Johnson
Patricia M. Jeng

Attorneys for Defendant
NAVIENT SOLUTIONS, INC., formerly SALLIE MAE, INC.