UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **EDCV 13-2142-MWF (DTBx)**                Dated: **December 2, 2014**

Title:    Andra Jay v. Sallie Mae Inc et al

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Kamilla Sali-Suleyman                    None Present
Courtroom Deputy                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                             None Present

PROCEEDINGS (IN CHAMBERS):        COURT ORDER

      In light of the Notice of Settlement filed December 1, 2014, the Court sets a hearing on
Order To Show Cause Re Dismissal for January 12, 2015 at 11:30 a.m.  If the stipulated
dismissal is filed prior to this date, the matter will be taken off calendar.  All other dates are
hereby vacated.

      IT IS SO ORDERED.

MINUTES FORM 90                          Initials of Deputy Clerk   kss
CIVIL - GEN
-1-