UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **EDCV-13-2142-MWF (DTBx)**                            Dated: **October 1, 2015**

Title:      Andra Jay -*v*- Sallie Mae, Inc., et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Cheryl Wynn                                             None Present
    Relief Courtroom Deputy                                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                            None Present

PROCEEDINGS (IN CHAMBERS):            COURT ORDER

    In light of the Notice of Settlement filed September 29, 2015, the Court sets a hearing on Order To Show Cause Re Dismissal for **November 30, 2015 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

    **IT IS SO ORDERED.**

MINUTES FORM 90                                              Initials of Deputy Clerk   cw
CIVIL - GEN

MINUTES FORM 90                                         Initials of Deputy Clerk   cw
CIVIL - GEN
-2-